# Exhibit 1

**ORIGINAL**

United States Courts
Southern District of Texas
FILED
AUG 3 1 2007
Michael N. Milby, Clerk of Court

1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE SOUTHERN DISTRICT OF TEXAS

3

HOUSTON DIVISION

4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. CR-H-07-125M |
| | § | |
| VERSUS | § | HOUSTON, TEXAS |
| | § | FEBRUARY 20, 2007 |
| DANIEL JOSEPH MALDONADO | § | 4:59 P.M. TO 5:09 P.M. |

PRELIMINARY / DETENTION
(PARTIAL TRANSCRIPT)
(TESTIMONY OF LORETTA EGLEN-ANDERSON ONLY)

BEFORE THE HONORABLE CALVIN BOTLEY
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR PLAINTIFF:      SEE NEXT PAGE

FOR DEFENDANT:      SEE NEXT PAGE

COURT RECORDER:     YVONNE PIPPIN

COURT CLERK:        PAUL YEBERNETSKY

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292-5675
Tel: 713-697-4718 ▼ Fax: 713-697-4722
www.judicialtranscribers.com

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

```
 1                          APPEARANCES:

 2

 3  FOR THE PLAINTIFF:          MR. GARY COBE, AUSA
                                U.S. ATTORNEY'S OFFICE'
 4                              P.O. BOX 61129
                                HOUSTON, TEXAS 77208-1129
 5                              (713) 567-9386

 6

 7  FOR THE DEFENDANT:          MR. BRENT EVAN NEWTON, AFPD
                                MR. MICHAEL HERMAN, AFPD
 8                              U.S. PUBLIC DEFENDER'S OFFICE
                                440 LOUISIANA, SUITE 310
 9                              HOUSTON, TEXAS 77002-1634
                                (713) 718-4600
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            HOUSTON, TEXAS; FEBRUARY 20, 2007; 4:59:12 P.M.
 2                          (PARTIAL TRANSCRIPT)
 3            (DIRECT TESTIMONY OF LORETTA EGLEN-ANDERSON ONLY)
 4         (The Witness is sworn)
 5            THE COURT:  All right.  Ma'am, come up.  Be
 6   careful, there's a step up.
 7            THE WITNESS:  Yes, sir.
 8            THE COURT:  Okay.  And speak into the microphone.
 9   It will amplify your voice as well as record your
10   statements.  Pull that microphone up to you, please, ma'am.
11            All right, Mr. Newton, proceed.
12            MR. NEWTON:  Thank you.
13            DIRECT EXAMINATION OF LORETTA EGLEN-ANDERSON
14   BY MR. NEWTON:
15   Q    Agent, you participated in the interrogation of Mr.
16   Maldonado in Kenya?
17   A    I interviewed Mr. Maldonado, yes.
18   Q    How many different days did you do that?
19   A    I interviewed him on two occasions.
20   Q    Okay.  Do you know how many days he was interviewed in
21   total by U.S. law enforcement officials in Kenya?
22   A    He was interviewed four times prior to our arrival in
23   Nairobi.
24   Q    Four times prior to whose arrival?
25   A    Myself, and the task force officer.
```

```
 1  Q    Agent Gutierrez?
 2  A    Yes.
 3  Q    Okay.  Who interviewed him prior to you and Agent
 4  Gutierrez coming?
 5  A    Two special agents of the FBI.
 6  Q    Do you know who those people are?
 7  A    Yes.
 8  Q    Who were they?
 9  A    Supervising Special Agents Steve Hersem.
10  Q    Spell the last name, please?
11  A    H-e-r-s-e-m.
12  Q    Okay.
13  A    And Chris Higgenbothem.
14  Q    So Agents Hersem and Higgenbothem interrogated them for
15  how many days prior to you interrogating him?
16  A    On four occasions.
17  Q    Over how many days?
18  A    They interviewed him on four different days.
19  Q    Okay, that's like four consecutive days?
20  A    I don't think they were consecutive, no.
21  Q    Okay.  And then how many days -- you interviewed him
22  two times?
23  A    That's correct.
24  Q    Was that consecutive days?
25  A    Yes.
```