UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMIR MESHAL,
        Plaintiff,

v.

CHRIS HIGGENBOTHAM, *et al.*,

        Defendants.

No. 09-cv-2178 (EGS)

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DOE DISCOVERY

Upon Plaintiff's motion pursuant to Rules 26 and 45, Fed. R. Civ. P., to conduct limited expedited Doe discovery, it is hereby:

ORDERED that Plaintiff may serve a Rule 45 subpoena on the third-party Federal Bureau of Investigation ("FBI") to provide documents identifying the true names and identities of Doe Defendants 1 and 2.

IT IS FURTHER ORDERED that Plaintiff shall provide a copy of his Motion for Leave to Conduct Limited Expedited Doe Discovery and of this Order to the FBI along with the subpoena.

IT IS FURTHER ORDERED THAT that the FBI shall provide written notice of its receipt of said subpoena to Doe Defendants 1 and 2 within five (5) days of the date of service of the subpoena.

IT IS FURTHER ORDERED that the FBI shall respond to the subpoena within fifteen (15) business days of the date of service.

Dated: _____    _____
Emmet G. Sullivan
United States District Judge