UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMIR MESHAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-cv-2178 (EGS) |
| ) | |
| CHRIS HIGGENBOTHAM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NON-PARTY UNITED STATES' ERRATA RE: REPLY TO
PLAINTIFF'S REPLY TO NON-PARTY UNITED STATES' RESPONSE TO
PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT
LIMITED EXPEDITED DOE DISCOVERY**

This errata is filed by counsel for the United States in order to inform the Court that the United States' Reply to Plaintiff's Reply to Non-Party United States' Response to Plaintiff's Motion for Leave to Conduct Limited Expedited Doe Discovery was filed in error. Counsel for the United States mistakenly concluded that the United States was entitled to file a reply on this matter because the United States' response was filed as part of a motion. Counsel for the United States regrets this error, which was not recognized until after the Reply was filed, and will withdraw the United States' Reply if the Court so requests. The Court is also free, at its discretion, to disregard the United States' Reply.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: December 23, 2009 | ANN M. RAVEL<br>Deputy Assistant Attorney General |

TIMOTHY P. GARREN
Director, Torts Branch, Civil Division

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

*s/ Glenn S. Greene* (D.C. Bar No. 450348)
Trial Attorney, Torts Branch
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-4143 (phone)
(202) 616-4314 (fax)
Glenn.Greene@usdoj.gov

ATTORNEYS FOR THE UNITED STATES