UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMIR MESHAL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 09-cv-2178 (EGS) |
| CHRIS HIGGENBOTHAM, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Civil Rule 83.6(b), Nusrat J. Choudhury hereby notifies the Court of her withdrawal as counsel for Plaintiff Amir Meshal in the above-captioned matter. Plaintiff will continue to be represented by Hina Shamsi of the American Civil Liberties Union Foundation, Arthur B. Spitzer of the American Civil Liberties Union of the Nation's Capital, and law professors Jonathan Hafetz and Hope R. Metcalf.

Dated: March 25, 2014

Respectfully submitted,

/s/ Nusrat J. Choudhury
Nusrat J. Choudhury
Hina Shamsi
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
nchoudhury@aclu.org
*admitted pro hac vice*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the
Nation's Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
Phone: (202) 457-0800
Fax: (202) 452-1868
artspitzer@aol.com

Jonathan Hafetz
169 Hicks Street
Brooklyn, NY 11201
Phone: (917) 355-6896
hafetzj@yahoo.com

Hope R. Metcalf
National Litigation Project of the Allard K.
Lowenstein International Human Rights
Clinic
Yale Law School
P.O. Box 209090
New Haven, CT 0650-9090
Phone: (202) 432-9404
Fax: (203) 432-9128
hope.metcalf@yale.edu

*Counsel for Plaintiff Amir Meshal*

Dated: 2/26/2014

_____
*Plaintiff* Amir Meshal